22

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE BETTS, Defendant-Appellant.

(No. 58676; )

First District (5th Division)—January 4, 1974.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan and Lee T. Hettinger, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and William K. Hedrick, Assistant State's Attorneys, of counsel), for the People.